HENRY VAN DENBURGH AND OTHERS, RESPONDENTS, *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF GREENBUSH, APPELLANTS.

*Mechanic's lien — act for Rensselaer county — public buildings — exemption from act.*

Chapter 778 of the Laws of 1866 (p. 9), establishing a mechanics' lien law for Rensselaer county, was not repealed by chapter 558 of the Laws of 1869, as amended by chapter 194 of the Laws of 1870.

*Quære*, whether the exemption from the lien law of the corporate property of a municipality used for a public use, established by the decision of *Brinkerhoff* v. *Board of Education* (6 Abb. [N. S.], 428), does not depend on the use actually made of the buildings, and not upon that for which they were intended. That is, whether the principle laid down in *Brinkerhoff* v. *Board of Education* would not apply to a building not actually used for a public purpose, whatever the intention of the village might have been when the contract was made.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*R. A. Parmenter*, for the appellants.

*G. P. Jenks*, for the respondents.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.